Victoria L. Weatherford (SBN 267499)
**BAKER & HOSTETLER LLP**
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone:  415.659.2600
Facsimile:  415.659.2601
Email:      vweatherford@bakerlaw.com

Jason A. Orr (SBN 301764)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone:  310.820.8800
Facsimile:  310.820.8859
Email:      jorr@bakerlaw.com

*Attorneys for Defendant*
SIMPLE TIRES LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MURPHY MARTINES, on behalf of himself and all similarly situated persons,<br><br>    Plaintiff,<br><br>    v.<br><br>SIMPLE TIRE LLC, a Pennsylvania limit liability company,<br><br>    Defendant. | Case No.: 2:25-cv-06703<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L-R 8-3)**<br><br>Complaint served:  July 22, 2025<br>Current response date:  August 26, 2025<br>New response date:  September 25, 2025 |

Pursuant to Central District of California Local Civil Rules 7-1 and 8-3, Defendant Simple Tire LLC ("Simple Tire") and Plaintiff Murphy Martines ("Plaintiff") (with Defendant, the "Parties"), by and through their undersigned attorneys, hereby submit this Stipulation to Extend Time to Respond to Complaint and agree as follows:

WHEREAS, on July 22, 2025, Plaintiff filed the instant action against Simple Tire in this Court [ECF 1];

- 1 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

WHEREAS, on August 5, 2025, Simple Tire was served with Plaintiff's Complaint [ECF 11];

WHEREAS, the Parties have agreed to extend Simple Tire's deadline to respond to the initial Complaint by thirty (30) days, up to and including September 25, 2025;

WHEREAS, the requested extension will not alter the date of any event or any deadline already fixed by the Court, and is the first such extension sought;

WHEREAS, the foregoing agreement was reached for good cause, not for any improper purpose, and as a result of good faith meet and confer communications between undersigned counsel for the Parties;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, as follows:

1.    The deadline for Simple Tire to file a responsive pleading to the Complaint shall be extended up to and including September 25, 2025.

**IT IS SO STIPULATED:**

Dated:  August 20, 2025              Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:    */s/ Jason A. Orr*
          Jason A. Orr

*Attorneys for Defendant*
SIMPLE TIRE LLC

**NATHAN & ASSOCIATES, APC**

By:    */s/ Reuben D. Nathan*
          Reuben D. Nathan

*Attorneys for Plaintiff*
MURPHY MARTINES

- - 2 - -

## <u>LOCAL CIVIL RULE 5-4.3.4(a)(2)(i) ATTESTATION</u>

I, Jason A. Orr, hereby attest that the other signature listed, Reuben D. Nathan, on whose behalf the Stipulation is submitted, concurs in the Stipulation's content and has authorized its filing.

/s/ Jason A. Orr
Jason A. Orr

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO