**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MURPHY MARTINES, PLAINTIFF(S) v. SIMPLE TIRE LLC, DEFENDANT(S). | CASE NUMBER: 2:25-cv-06703-AB (JCx) |
| | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 9/25/2025 | 15 | Motion to Dismiss Class Action Complaint |

**IT IS HEREBY ORDERED:**

- ☐ The document is stricken
- ☑ The hearing date has been rescheduled to Friday, December 5, 2025 at 10:00 AM.
- ☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☑ Other:

(IN CHAMBERS) ORDER CONTINUING DEFENDANT'S MOTION TO DISMISS CLASS ACTION COMPLAINT [15] by Judge Andre Birotte Jr.: Defendant has set the motion for a day the court's calendar is not open. Counsel is directed to refer to the Motion Calendar under this court's Procedures and Schedules found on the website for the United States District Court. Any future motion may be stricken for failing to set it on a date the court is hearing motions. The court, on its own motion, continues the Motion from 12/3/2025 to 12/5/2025 at 10:00 a.m. Counsel shall refer to the court's Standing Order with respect to the briefing schedule of motions.
Please take notice that pursuant to Local Rule 5-4 and/or the Federal Rules of Civil Procedure, the following deficiency(ies) has been found with your electronically filed document: Pursuant to L.R. 52-4.1, a proposed order shall be e-filed as a separate attachment to any document seeking Court approval. Counsel shall file a "Notice of Lodging of Proposed Order Re..." with the proposed order e-filed as an attachment to the motion by 10/1/2025.

Dated: 9/26/2025

By: [signature]
U.S. District Judge / U.S. Magistrate Judge