Victoria L. Weatherford (SBN 267499)
**BAKER & HOSTETLER LLP**
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone: 415.659.2600
Facsimile: 415.659.2601
Email: vweatherford@bakerlaw.com

Jason A. Orr (SBN 301764)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: jorr@bakerlaw.com

*Attorneys for Defendant*
SIMPLE TIRE LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MURPHY MARTINES, on behalf of himself and all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>SIMPLE TIRE LLC, a Pennsylvania limit liability company,<br><br>Defendant. | Case No.: 2:25-cv-06703-AB-JC<br><br>**NOTICE OF LODGING OF PROPOSED ORDER RE DEFENDANT SIMPLE TIRE LLC'S MOTION TO DISMISS CLASS ACTION COMPLAINT**<br><br>Date: December 5, 2025<br>Time: 10:00 a.m.<br>Judge: Hon. Andre Birotte Jr.<br>Courtroom: 7B<br><br>Action Filed: July 23, 2025 |



BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Defendant Simple Tire LLC ("Simple Tire") hereby lodges its [Proposed] Order Granting Defendant Simple Tire LLC's Motion to Dismiss Class Action Complaint Pursuant to this Court's Order in Response to Notice to Filer of Deficiencies in Filed Document [Dkt. #17], a copy of which is attached hereto.

Dated: September 29, 2025

**BAKER & HOSTETLER LLP**

By: */s/ Victoria L. Weatherford*
Victoria L. Weatherford

*Attorneys for Defendant*
SIMPLE TIRE LLC

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO