Victoria L. Weatherford (SBN 267499)
**BAKER & HOSTETLER LLP**
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone: 415.659.2600
Facsimile: 415.659.2601
Email: vweatherford@bakerlaw.com

Jason A. Orr (SBN 301764)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: jorr@bakerlaw.com

*Attorneys for Defendant*
SIMPLE TIRE LLC



**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MURPHY MARTINES, on behalf of himself and all similarly situated persons,

Plaintiff,

v.

SIMPLE TIRE LLC, a Pennsylvania limit liability company,

Defendant.

Case No.: 2:25-cv-06703-AB-JC

**NOTICE OF LODGING OF PROPOSED ORDER RE DEFENDANT SIMPLE TIRE LLC'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**

Date: January 9, 2026
Time: 10:00 a.m.
Judge: Hon. Andre Birotte Jr.
Courtroom: 7B

Action Filed: July 23, 2025

Defendant Simple Tire LLC ("Simple Tire") hereby lodges its [Proposed] Order Granting Defendant Simple Tire LLC's Motion to Dismiss First Amended Class Action Complaint, a copy of which is attached hereto.

Dated: October 30, 2025

**BAKER & HOSTETLER LLP**

By: */s/ Victoria L. Weatherford*
Victoria L. Weatherford

*Attorneys for Defendant*
SIMPLE TIRE LLC

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO