L. Timothy Fisher (State Bar No. 191626)
Daniel S. Guerra (State Bar No. 267559)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
        dguerra@bursor.com

*Attorneys for Plaintiff*
[*Additional Counsel for Plaintiff on Signature Page*]

Victoria L. Weatherford (State Bar No. 267499)
**BAKER & HOSTETLER LLP**
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone: (415) 659-2600
Facsimile: (415) 659-2601
Email: vweatherford@bakerlaw.com

*Attorney for Defendant*
[*Additional Counsel for Defendant on Signature Page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MURPHY MARTINES, on behalf of himself and all similarly situated persons,<br><br>    Plaintiff,<br>v.<br><br>SIMPLE TIRE LLC, a Pennsylvania limited liability company,<br><br>    Defendant. | Case No. 2:25-cv-06703-AB-JC<br><br>**STIPULATION TO RESCHEDULE DECEMBER 5, 2025 SCHEDULING CONFERENCE** |

STIPULATION TO RESCHEDULE SCHEDULING CONFERENCE
CASE NO. 2:25-CV-06703-AB-JC

Pursuant to Central District of California Local Civil Rule 7-1, Plaintiff Murphy Martines ("Plaintiff") and Defendant Simple Tire LLC ("Simple Tire") (together, the "Parties"), by and through their undersigned attorneys, hereby submit this Stipulation to reschedule the December 5, 2025 Scheduling Conference, and agree as follows:

WHEREAS, on July 22, 2025, Plaintiff filed his Class Action Complaint against Simple Tire in this Court (ECF 1);

WHEREAS, on August 5, 2025, Simple Tire was served with Plaintiff's Class Action Complaint (ECF 11);

WHEREAS, on September 25, 2025, Defendant filed a Motion to Dismiss Plaintiff's Class Action Complaint, and the hearing was set for December 5, 2025 at 10:00AM (ECF 15);

WHEREAS, on September 26, 2025, this Court issued an Order setting the Scheduling Conference for December 5, 2025 at 10:00AM (ECF 18);

WHEREAS, on October 16, 2025, Plaintiff filed a First Amended Complaint (ECF 20);

WHEREAS, in light of the First Amended Complaint, Defendant's Motion to Dismiss was denied as moot and the hearing scheduled for December 5, 2025 was vacated (ECF 21);

WHEREAS, Defendant filed a Motion to Dismiss Plaintiff's First Amended Class Action Complaint on October 30, 2025, with a hearing set for January 9, 2025 at 10:00AM (ECF 22); and

WHEREAS, the Parties have met and conferred and agreed, subject to the Court's approval, to continue the Scheduling Conference to a date after the Court's ruling on Defendant's forthcoming Motion to Dismiss.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, as follows:

STIPULATION TO RESCHEDULE SCHEDULING CONFERENCE                    1
CASE NO. 2:25-CV-06703-AB-JC

1. The December 5, 2025 Scheduling Conference will be rescheduled to take place after a ruling on Defendant's Motion to Dismiss Plaintiff's First Amended Class Action Complaint (ECF 22).

**IT IS SO STIPULATED:**

Dated:   November 14, 2025

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ L. Timothy Fisher*
          L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Daniel S. Guerra (State Bar No. 267559)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
          dguerra@bursor.com

**NATHAN & ASSOCIATES, APC**
Reuben D. Nathan, Esq. (State Bar No. 208436)
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

**LAW OFFICES OF ROSS CORNELL, APC**
Ross Cornell, Esq. (State Bar No. 210413)
P.O. Box 1989 #305
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

*Attorneys for Plaintiff and the Putative Class*

Dated:   November 14, 2025         Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:   /s/ *Jason A. Orr*
            Jason A. Orr

Jason A. Orr (State Bar No. 301764)
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 820-8800
Facsimile: (310) 820-8859
Email: jorr@bakerlaw.com

**BAKER & HOSTETLER LLP**
Victoria L. Weatherford (State Bar No. 267499)
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone: (415) 659-2600
Facsimile: (415) 659-2601
Email: vweatherford@bakerlaw.com

*Attorneys for Defendant*

## ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I attest that all parties have concurred in this filing's content and have authorized the filing.

By:   /s/ *L. Timothy Fisher*
            L. Timothy Fisher

STIPULATION TO RESCHEDULE SCHEDULING CONFERENCE                3
CASE NO. 2:25-CV-06703-AB-JC