JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MURPHY MARTINES,

　　　　Plaintiff,

　　v.

SIMPLE TIRE LLC,

　　　　Defendants.

Case No. 2:25-cv-06703-AB (AYPx)

**ORDER DISMISSING CIVIL ACTION**

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  February 16, 2026    _____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1